**STATE of Missouri, Respondent,**

v.

**Michael BLACKMON, Appellant.**

No. WD 58050.

Missouri Court of Appeals,
Western District.

May 1, 2001.

**444**

Lisa Stroup, S. Paige Canfield, Asst. Public Defenders, St. Louis, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Adriane D. Crouse, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before ROBERT G. ULRICH, Presiding Judge, HAROLD L. LOWENSTEIN, Judge, and RONALD R. HOLLIGER, Judge.

## ORDER

Michael Blackmon appeals his conviction of the Class D felony of violation of an order of protection, second offense, § 455.085.8, RSMo. He questions 1) the trial court's discretion in allowing improper testimony of prior abuse as evidence of other crimes or bad acts; 2) the sufficiency of the information; and 3) the sufficiency of the State's evidence. We affirm.

We have reviewed the briefs of the parties and the record on appeal, and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).